IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-00154-WJM-CBS | Date: February 12, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                      *Counsel:*

BIO MED TECHNOLOGIES                JoAnne Zboyan
CORPORATION,                               Brian Rayment

Plaintiff,

v.

SORIN CRM USA INC,                      Jared Briant
                                                          Katherine Wittenberg
                                                          Kathryn Feiereisel

Defendant.

# COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 01:31 p.m.**
Court calls case. Appearances of counsel.

**ORDERED:**   *MOTION [60] for Leave to File Amended Complaint to Add Claim for Exemplary Damages* is **DENIED without prejudice.**

*Unopposed MOTION [65] to Restrict Public Access to Plaintiff's Unredacted Motion for Leave to File Supplemental Response to Defendant's Early Motion for Partial Summary Judgment (dkt. 51)* is **GRANTED.**

*Unopposed MOTION [67] to Restrict Public Access to Plaintiff's Unredacted Motion for Leave to File Amended Complaint (dkt. 59) and Proposed Amended Complaint (dkt. 59-1)* is **GRANTED.**

*MOTION [43] to Compel is* **DENIED AS MOOT.**

HEARING CONCLUDED.        **Court in recess: 01:49 p.m.**    Total time in court: 00:18
To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.