**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-0154-WJM-CBS

BIO MED TECHNOLOGIES CORPORATION,

    Plaintiff,

v.

SORIN CRM USA, INC., f/k/a ELA MEDICAL, INC.,

    Defendant.

## RULINGS ON OBJECTIONS TO DEPOSITION DESIGNATIONS

This matter is before the Court on the parties' deposition designations and objections thereto. The objections to the following portions of the deposition designations are SUSTAINED:

| Page Number | Lines |
|---|---|
| Clyde ("Skip") Dunavent | |
| 22 | 15–24 |
| 81 | 3–23 |
| 107 | 16–25 |
| 108 | 1–17 |
| 116 | 22–25 |
| 117 | 1 |
| 120 | 1–25 |
| 121 | 1–25 |
| 122 | 1–16 |
| 143 | 17–22 |

| Page Number | Lines |
|---|---|
| Daniel Hackman | |
| 20 | 25 |
| 21 | 1–8 |
| 42 | 3–10 |
| 45 | 12–16 |
| 66 | 5–25 |
| 74 | 22–25 |
| 75 | 1–5 |
| 98 | incomplete designation; may be supplemented |
| 99 | by adding lines 98:13–18 and 99:5 |
| 109 | 1–5 |
| 126 | 7–23 |
| 127 | 3–5 |
| 153 | 24–25 |
| 154 | 1–11 |
| 163 | 16–25 |
| 164 | 1–5 |
| 165 | 3–25 |
| 166 | 1–17 |
| 177 | 6–14 |
| 178 | 17–21 |
| 187 | 9–19 |
| 188 | 3–8, 20–23 |
| 190 | 19–25 |
| 191 | 1–18 |
| 194 | 23–25 |
| 195 | 1 |
| 201 | 17–18 |
| 209 | 6–21 |

| Page Number | Lines |
|---|---|
| Jared Zanello | |
| 35 | 16–18, 25 |
| 36 | 1–14 |
| 68 | incomplete designation; may be supplemented |
| 69 | by adding lines 68:24–25 |

The portions of the above-designated deposition testimony to which the Court has sustained the objection should be redacted from the parties' presentations. Additionally, the parties are free to eliminate any other designations, or portions of designations, that are no longer relevant and material to the issues to be tried, given the Court's rulings on the objections herein, or any other ruling or order entered by the Court in this case.

All other objections to the testimony of the above-referenced deponents are OVERRULED.  Additionally, all objections to the deposition designations for Bio Med Technologies Corp. 30(b)(6) are OVERRULED.

Dated this 4th day of December, 2015.

BY THE COURT:

William J. Martinez
United States District Judge

3