IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 14-cv-00154-WJM-CBS

BIO MED TECHNOLOGIES CORPORATION,

    Plaintiff,

v.

SORIN CRM USA, INC. f/k/a ELA MEDICAL, INC.,

    Defendant.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND/OR DEPOSITIONS

IT IS STIPULATED AND ORDERED that at the conclusion of the trial counsel for the parties shall retain custody of their respective original exhibits and/or depositions until such time as all need for the exhibits and depositions has terminated, and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 11th day of December 2015.

BY THE COURT:

_____
William J. Martínez, Judge

_____
Attorney for Plaintiff

_____
Attorney for Defendant